```
                                                                JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWIN OSCAR MARTINEZ,         ) | Case No. CV 08-5877-SVW(RC) |
|            Petitioner,   ) | |
| vs.                          ) | |
|                              ) | JUDGMENT |
| J.L. NORWOOD, WARDEN,        ) | |
|                              ) | |
|            Respondent.   ) | |

   Pursuant to the Opinion and Order,

   IT IS ADJUDGED that the action is DISMISSED without prejudice for lack of jurisdiction.

DATE: October 28, 2008            _____
                                       STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-5877.jud
9/15/08